No. 2044. PEOPLE, APPELLEE, v. MELIÁN, APPELLANT.— First District Court of San Juan. Decided April 24, 1923. The appellant's motion of withdrawal is sustained.

No. 2054. PEOPLE, APPELLEE, v. DE JESÚS, APPELLANT.— District Court of Guayama. Decided April 24, 1923. Violation of section 462 of the Penal Code. The appellant having filed no brief, the appeal is dismissed.

No. 3045. PEOPLE ex rel. BARCELÓ ET AL., APPELLEE, v. WILSON, APPELLANT.— Second District Court of San Juan. Quo warranto. Decided April 24, 1923. The motion of withdrawal made by the appellant in open court today is sustained.

No. 2676. TRAUTMAN, APPELLEE, v. TRAUTMAN & ACHA, APPELLANTS.— District Court of Ponce. Decided April 26, 1923. The appellants' motion of withdrawal is sustained and the setting for hearing canceled.

No. 2396. QUIÑONES, APPELLEE, v. PANZARDI & CO., APPELLANT.—District Court of Mayagüez. Decided April 30, 1923. The parties not having appeared on the day set for the hearing, the appeal is dismissed.

No. 3032. MARTÍNEZ, APPELLANT, v. HIDALGO ET AL., APPELLEES.— District Court of Humacao. Decided April 30, 1923. The appellees' motion for dismissal is sustained.

No. 2917. RIVERA, APPELLEE, v. JIMÉNEZ, APPELLANT.— First District Court of San Juan. Decided April 30, 1923. Considering the appellant's motion of withdrawal called to the attention of the court at the hearing on the motion for dismissal and the appellee's acquiescence, the appeal is dismissed.